IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF PETER A. FULLER, individually and doing business as PETER FULLER CONSTRUCTION,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAMES E. ZOUCHA, an individual,<br><br>    Defendant.<br>_____/ | No. CIV S-05-0325 DFL DAD<br><br><u>ORDER</u> |

   The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

   On April 22, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

/////

/////

1

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. The court also notes that plaintiff has filed the required undertaking. Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations filed April 22, 2005, are adopted in full;

      2. The proposed Temporary Protective Order filed by plaintiff on April 8, 2005, has been signed by the undersigned and will be filed concurrently with this order; and

      3. If plaintiff continues to seek a right to attach order and writ of attachment, plaintiff is directed to follow the noticed hearing procedure to obtain relief. <u>See</u> Cal. Code Civ. Proc. § 486.030(b).

DATED: 5/12/2005

_____
DAVID F. LEVI
Chief United States District Judge

/fuller0325.jo