IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA FOR
THE USE AND BENEFIT OF PETER
A. FULLER, individually and doing
business as PETER FULLER
CONSTRUCTION,

      Plaintiff,

vs.

JAMES E. ZOUCHA, an individual,

      Defendant.

No. CIV S-05-0325 DFL DAD

ORDER

        The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

        On October 13, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

/////

/////

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 13, 2005, are adopted in full; and

2. The amended proposed Right to Attach Order and Order for Issuance of Writ of Attachment After Hearing filed by plaintiff on October 20, 2005, has been signed by the undersigned and will be filed concurrently with this order.

DATED: 1/10/2006

_____
UNITED STATES DISTRICT JUDGE

/fuller0325.jo2