WILLIAM A. LICHTIG (CA #107480)
M. DAVID RUFF (CA #222090)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone:        916.444.3900
Fax:   916.444.0707

Attorneys for Use-Plaintiff
PETER A. FULLER, INDIVIDUALLY
AND DOING BUSINESS AS
PETE FULLER CONSTRUCTION

GREGORY A. MEREDITH (CA #119373)
JAMES C. KEOWEN (CA #173546)
NAGELEY, MEREDITH & MILLER, INC.
8001 Folsom Boulevard, Suite 100
Sacramento, CA 95826
Phone:        916.386.8282
Fax:           916.386.8952

Attorneys for Defendant
JAMES E. ZOUCHA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BEENFIT OF PETER A. FULLER, individually and doing business as PETE FULLER CONSTRUCTION,<br><br>         Plaintiff,<br><br>     vs.<br><br>JAMES E. ZOUCHA,                                   /<br><br>         Defendant. | No. 2:05-CV-00325-DFL-DAD<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF DATE TO APRIL 25, 2006** |

The parties have been engaging in settlement negotiations and are presently attempting to arrange a meeting in order that the negotiations might be completed. This effort has been somewhat hampered by the fact that defendant JAMES ZOUCHA's principal representative is located in New Orleans and has been temporarily relocated to

Stipulation to Extend Discovery Cut-Off            - 1

PDF created with pdfFactory trial version www.pdffactory.com

Baton Rouge, Louisiana, due to the effects of Hurricane Katrina. She has further been unable to travel recently due to medical conditions.

The parties hereby STIPULATE to the following:

1. That the pre-trial discovery cut-off be extended to April 25, 2006.
2. That this stipulation and extension does not affect any of the balance of the dates contained in the pre-trial order.

DATED: February ____, 2006

                              McDONOUGH HOLLAND & ALLEN PC
                              Attorneys at Law

By: _____/M. David Ruff/_____
      M. DAVID RUFF

Attorneys for Use-Plaintiff
PETER A. FULLER, INDIVIDUALLY
AND DOING BUSINESS AS
PETE FULLER CONSTRUCTION

NAGELEY, MEREDITH & MILLER, INC.

By: _____/s/_____
      JAMES C. KEOWEN

Attorneys for Defendant
JAMES E. ZOUCHA

IT IS SO ORDERED:

DATED: 3/10/2006

_____
DAVID F. LEVI
United States District Judge

Stipulation to Extend Discovery Cut-Off    - 2

PDF created with pdfFactory trial version www.pdffactory.com