```
 1
 2
 3
 4
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  THE UNITED STATES OF AMERICA        CIV. NO. 05-325 DFL DAD
    FOR THE USE AND BENEFIT OF
12  PETER A. FULLER, individually
    and doing business as PETE
13  FULLER CONSTRUCTION,
14       Plaintiff,
15       v.                             ORDER RE DISPOSITION AFTER
                                        NOTIFICATION OF SETTLEMENT
16  JAMES E. ZOUCHA,
17       Defendant.
                                    /
18
```

19      The court has been advised by both counsel, James C.

20 Keowen, Esq., and Erin K. McDonough, Esq., that this action has

21 been settled. Therefore, it is not necessary that the action

22 remain upon the court's active calendar.

23      Accordingly, IT IS ORDERED:

24      1. That counsel file settlement/dismissal documents, in

25 accordance with the provisions of Local Rule 16-160, no later

26 than May 17, 2006, and,

                                    1

1    2.   That all hearing dates previously set in this matter
2 are vacated.
3    IT IS SO ORDERED.
4 Dated:  May 3, 2006

```
                                /s/ David F. Levi
                                DAVID F. LEVI
                                United States District Judge
```