1  WILLIAM A. LICHTIG (107480)
   M. DAVID RUFF (222090)
2  ERIN K. McDONOUGH (241664)
   McDONOUGH HOLLAND & ALLEN PC
3  Attorneys at Law
   555 Capitol Mall, 9th Floor
4  Sacramento, CA  95814
   Phone: 916.444.3900
5  Fax:    916.444.0707

6  Attorneys for Use-Plaintiff
   PETER A. FULLER, INDIVIDUALLY
7  AND DOING BUSINESS AS
   PETE FULLER CONSTRUCTION

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11
12  THE UNITED STATES OF AMERICA FOR  )  No. 2:05-CV-00325-DFL-DAD
    THE USE AND BENEFIT OF PETER A.   )
13  FULLER, individually and doing business as  )  **ORDER TO ENFORCE STIPULATION AND FOR ENTRY OF JUDGMENT ACCORDING TO ITS TERMS**
    PETE FULLER CONSTRUCTION,         )
14                                    )
                    Plaintiff,        )
15                                    )
          vs.                         )  Date:  October 4, 2006
                                      )  Time:  10:00 a.m.
16  JAMES E. ZOUCHA, an individual,   )
                                      )
17                  Defendant.        )
                                      )
18  _____)

19      Use-Plaintiff's Motion to Enforce Stipulation and Enter Judgment According to Its Terms
20  came on regularly for hearing at the above-captioned time and place.  Use-Plaintiff appeared through
21  his attorney of record, Erin K. McDonough of McDonough Holland & Allen PC.  Defendant
22  appeared through his counsel of record, James C. Keowen of Nageley, Meredith & Miller, Inc.
23  After consideration of the supporting and opposing papers and counsels' arguments, the court
24  granted Use-Plaintiff's Motion to Enforce Stipulation and Enter Judgment According to Its Terms.
25      IT IS HEREBY ORDERED that:
26  1.   James E. Zoucha ("Zoucha") shall pay to Use-Plaintiff Peter A. Fuller, individually and
27  doing business as Pete Fuller Construction ("Fuller"), the principal sum of $384,227.94, plus
28  / / /



1  interest thereon at the legal rate of ten percent (10%) *per annum* from date of judgment herein and
2  attorneys' fees and costs in the sum of $6,484.50.

3      2.    Following payment by Zoucha of $384,227.94, plus interest thereon at the legal rate
4  of ten percent (10%) *per annum* from date of judgment and attorneys' fees and costs in the sum of
5  $6,484.50, Fuller shall assign its claim in the bankruptcy proceeding of EAI International, Inc.
6  referred to as *In Re EAI International, Inc.*, United States Bankruptcy Court for the Northern District
7  of California Case No. 04-45829LT11, to Zoucha.

8      3.    Zoucha shall assign and pay to Fuller the first $62,000.00 recovered in the EAI
9  Bankruptcy Proceeding.

10     4.    The clerk shall enter judgment in accordance with the terms set forth above.

11 DATED: 10/10/2006



DAVID F. LEVI
United States District Judge

